IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 1:05cr47-SPM/AK

ALAN ELLIS GILLESPIE,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's Unopposed Motion to Continue Sentencing (doc. 33) is granted. Sentencing is reset for 1:30 p.m. on August 14, 2006.

SO ORDERED this 7th day of July, 2006.

                             *s/ Stephan P. Mickle*
                             Stephan P. Mickle
                             United States District Judge