IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:05-CR-47-SPM-AK

ALAN ELLIS GILLESPIE,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 45, Motion for Service of Response and for Extension of Time to File Reply, by Alan Ellis Gillespie. Defendant complains that he did not receive a copy of the Government's response to his motion to vacate, and indeed, it appears from the certificate of service that the response may not have reached Defendant, as there is no indication that Defendant's prisoner number was placed on the mailing. *See* Doc. 41. The Court will therefore direct the Government to re-serve the response. Defendant will then be afforded time to file his reply.

Accordingly, it is **ORDERED**:

That the motion for service and extension of time, Doc. 45, is **GRANTED**;

That the Government shall immediately re-serve Doc. 41 on Petitioner at his last known address which includes his prisoner identification number;

That no later than **March 27, 2009**, the Government shall file a Notice of Re-Service certifying compliance with this Order;

That Defendant shall file his reply no later than **April 27, 2009**.

**DONE AND ORDERED** this *17th* day of March, 2009

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**